AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vecchiarelli, Nancy A. | Northern District of Ohio | 07/28/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge-Full Time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

10B Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 07/28/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | U.S. Department of Justice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 07/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 07/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ohio Savings Bank (account) | A | Interest | J | T | | | | | |
| 2. FIDELITY BROKERAGE ACCOUNT: | | | | | | | | | |
| 3. - Fidelity Cash Account | A | Int./Div. | L | T | | | | | |
| 4. - Fidelity Contrafund (Mutual Fund) | B | Dividend | J | T | | | | | |
| 5. - Fidelity Contrafund (Mutual Fund) | | | | | Sold (part) | 04/19/13 | J | B | |
| 6. - Apple (AAPL) | B | Dividend | L | T | | | | | |
| 7. - EMC Corp | | None | | | Sold | 01/11/13 | J | B | |
| 8. - EMC Corp | | None | | | Buy | 03/15/13 | J | | |
| 9. - EMC Corp | | None | | | Sold | 05/17/13 | J | A | |
| 10. - Alcoa Inc. (AA) | A | Dividend | | | | | | | |
| 11. - Alcoa Inc. (AA) | | | | | Sold | 11/15/13 | J | A | |
| 12. NovaCopper (NCQ) | | None | | | Sold | 11/15/13 | J | A | |
| 13. United Technologies Corp. (UTX) | A | Dividend | | | Buy | 01/22/13 | J | | |
| 14. United Technologies Corp. (UTX) | A | Dividend | | | Sold | 05/15/13 | K | A | |
| 15. Timken Co. (TKR) | A | Dividend | | | Buy | 01/28/13 | J | | |
| 16. Timken Co. (TKR) | A | Dividend | | | Buy (add'l) | 01/31/13 | J | | |
| 17. Timken Co. (TKR) | A | Dividend | | | Buy (add'l) | 02/12/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 07/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Timken Co. (TKR) | A | Dividend | | | Sold | 05/10/13 | K | B | |
| 19. Vale S.A. Spons ADR (VALE) | B | Dividend | | | Buy | 02/01/13 | J | | |
| 20. Vale S.A. Spons ADR (VALE) | B | Dividend | | | Buy (add'l) | 02/06/13 | J | | |
| 21. Vale S.A. Spons ADR (VALE) | B | Dividend | | | Buy (add'l) | 02/28/13 | J | | |
| 22. Vale S.A. Spons ADR (VALE) | B | Dividend | | | Buy (add'l) | 05/13/13 | J | | |
| 23. Vale S.A. Spons ADR (VALE) | B | Dividend | | | Buy (add'l) | 05/17/13 | J | | |
| 24. Vale S.A. Spons ADR (VALE) | B | Dividend | K | T | Buy (add'l) | 06/14/13 | J | | |
| 25. Occidental Petroleum Corp. (OXY) | A | Dividend | | | Buy | 02/06/13 | J | | |
| 26. Occidental Petroleum Corp. (OXY) | A | Dividend | | | Buy (add'l) | 06/14/13 | J | | |
| 27. Occidental Petroleum Corp. (OXY) | A | Dividend | | | Buy (add'l) | 02/28/13 | J | | |
| 28. Occidental Petroleum Corp. (OXY) | A | Dividend | | | Sold (part) | 05/24/13 | J | A | |
| 29. Occidental Petroleum Corp. (OXY) | A | Dividend | | | Sold | 06/03/13 | J | A | |
| 30. Occidental Petroleum Corp. (OXY) | A | Dividend | | | Buy | 08/16/13 | J | | |
| 31. Occidental Petroleum Corp. (OXY) | A | Dividend | K | T | Buy (add'l) | 12/09/13 | J | | |
| 32. Chicago Bridge & Iron Co. N.V. (CBI) | A | Dividend | | | Buy | 02/28/13 | J | | |
| 33. Chicago Bridge & Iron Co. N.V. (CBI) | A | Dividend | | | Buy (add'l) | 02/28/13 | J | | |
| 34. Chicago Bridge & Iron Co. N.V. (CBI) | A | Dividend | | | Buy (add'l) | 03/04/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 07/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chicago Bridge & Iron Co. N.V. (CBI) | A | Dividend | | | Sold (part) | 05/23/13 | J | A | |
| 36. Chicago Bridge & Iron Co. N.V. (CBI) | A | Dividend | | | Sold (part) | 05/24/13 | J | A | |
| 37. Chicago Bridge & Iron Co. N.V. (CBI) | A | Dividend | | | Sold | 07/23/13 | J | B | |
| 38. Ford Motor Company (F) | A | Dividend | | | Buy | 05/31/13 | J | | |
| 39. Ford Motor Company (F) | A | Dividend | | | Buy (add'l) | 06/14/13 | J | | |
| 40. Ford Motor Company (F) | A | Dividend | | | Buy (add'l) | 06/28/13 | J | | |
| 41. Ford Motor Company (F) | A | Dividend | | | Sold (part) | 11/18/13 | J | B | |
| 42. Ford Motor Company (F) | A | Dividend | | | Sold | 11/21/13 | J | B | |
| 43. Cummins Inc. (CMI) | A | Dividend | | | Buy | 11/13/13 | J | | |
| 44. Cummins Inc. (CMI) | A | Dividend | | | Sold | 11/20/13 | J | A | |
| 45. Emerson Electric Co. (EMR) | | None | | | Buy | 11/29/13 | J | | |
| 46. Emerson Electric Co. (EMR) | | None | | | Buy (add'l) | 11/29/13 | J | | |
| 47. Emerson Electric Co. (EMR) | | None | K | T | Buy (add'l) | 12/05/13 | J | | |
| 48. American Express Co. (AXP) | | None | J | T | Buy | 12/09/13 | J | | |
| 49. General Motors Corp. (GM) | | None | J | T | Buy | 12/20/13 | J | | |
| 50. FIDELITY ROLLOVER RETIREMENT ACCT: | | | | | | | | | |
| 51. - Fidelity Cash | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 07/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fidelity Contrafund (Mutual Fund) | B | Distribution | J | T | Buy (add'l) | 06/03/13 | J | | |
| 53. Johnson Controls Inc. (JCI) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 54. EMC Corp (EMC) | | None | | | Sold | 01/11/13 | J | | |
| 55. EMC Corp (EMC) | | None | | | Buy | 03/14/13 | J | | |
| 56. EMC Corp (EMC) | | None | | | Sold | 05/21/13 | J | A | |
| 57. Freeport McMoran Copper & Gold Inc. (FCX) | A | Dividend | | | Sold | 05/21/13 | J | A | |
| 58. Eaton (ETN) | A | Dividend | | | Sold | 02/07/13 | J | B | |
| 59. Ishares MSCI Japan Index Fund (EWJ) | | None | | | Buy | 01/11/13 | J | | |
| 60. Ishares MSCI Japan Index Fund (EWJ) | | None | | | Buy (add'l) | 01/18/13 | J | | |
| 61. Ishares MSCI Japan Index Fund (EWJ) | | None | | | Buy (add'l) | 01/25/13 | J | | |
| 62. Ishares MSCI Japan Index Fund (EWJ) | | None | | | Sold | 05/13/13 | K | C | |
| 63. Vanguard IntlEquity Index Fds MSCI Europe ETF (VGK) | | None | | | Buy | 01/11/13 | J | | |
| 64. Vanguard IntlEquity Index Fds MSCI Europe ETF (VGK) | | None | | | Sold | 03/21/13 | J | A | |
| 65. Ishares MSCI Mexico | | None | | | Buy | 03/21/13 | J | | |
| 66. Ishares MSCI Mexico | | None | | | Sold | 05/10/13 | J | A | |
| 67. Facebook (FB) | | None | | | Buy | 05/13/13 | J | | |
| 68. Facebook (FB) | | None | | | Sold (part) | 05/29/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 07/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Facebook (FB) | | None | | | Sold | 07/31/13 | J | B | |
| 70. Kinder Morgan Energy Partners LP (KMP) | A | Distribution | | | Buy | 05/17/13 | J | | |
| 71. Kinder Morgan Energy Partners LP (KMP) | A | Distribution | | | Buy (add'l) | 05/23/13 | J | | |
| 72. Kinder Morgan Energy Partners LP (KMP) | A | Distribution | | | Sold (part) | 06/03/13 | J | A | |
| 73. Kinder Morgan Energy Partners LP (KMP) | A | Distribution | | | Sold | 06/05/13 | J | A | |
| 74. WisdomTree Trust Japan Eqt. (DXJ) | A | Dividend | | | Buy | 05/30/13 | J | | |
| 75. WisdomTree Trust Japan Eqt. (DXJ) | A | Dividend | | | Buy (add'l) | 05/31/13 | J | | |
| 76. WisdomTree Trust Japan Eqt. (DXJ) | A | Dividend | | | Buy (add'l) | 06/03/13 | J | | |
| 77. WisdomTree Trust Japan Eqt. (DXJ) | A | Dividend | | | Buy (add'l) | 06/05/13 | J | | |
| 78. WisdomTree Trust Japan Eqt. (DXJ) | A | Dividend | | | Buy (add'l) | 06/14/13 | J | | |
| 79. WisdomTree Trust Japan Eqt. (DXJ) | | None | | | Sold (part) | 07/23/13 | K | A | |
| 80. WisdomTree Trust Japan Eqt. (DXJ) | | None | | | Buy (add'l) | 08/05/13 | J | | |
| 81. WisdomTree Trust Japan Eqt. (DXJ) | | None | | | Sold (part) | 09/25/13 | J | A | |
| 82. WisdomTree Trust Japan Eqt. (DXJ) | | None | | | Sold (part) | 10/21/13 | J | A | |
| 83. WisdomTree Trust Japan Eqt. (DXJ) | | None | | | Sold | 11/15/13 | J | B | |
| 84. Timken Co. (TKR) | A | Dividend | | | Buy | 11/15/13 | J | | |
| 85. Timken Co. (TKR) | A | Dividend | K | T | Buy (add'l) | 11/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 07/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American Express Co (AXP) | | None | J | T | Buy | 11/20/13 | J | | |
| 87. Emerson Electric Co. (EMR) | | None | | | Buy | 11/20/13 | K | | |
| 88. Emerson Electric Co. (EMR) | | None | K | T | Buy (add'l) | 11/26/13 | J | | |
| 89. General Motors Co. (GM) | | None | J | T | Buy | 12/23/13 | J | | |
| 90. FIDELITY IRA: | | | | | | | | | |
| 91. - Fidelity Cash | A | Int./Div. | J | T | | | | | |
| 92. -Fidelity Emerging Markets (FEDDX) | A | Distribution | | | Buy | 01/03/13 | J | | |
| 93. -Fidelity Emerging Markets (FEDDX) | | | | | Buy | 01/09/13 | J | | |
| 94. -Fidelity Emerging Markets (FEDDX) | | | | | Buy | 01/14/13 | K | | |
| 95. -Fidelity Emerging Markets (FEDDX) | | | | | Sold | 12/17/13 | K | A | |
| 96. Fidelity Europe Fund (FIEUX) | | None | K | T | Buy | 12/17/13 | K | | |
| 97. CENTURY FEDERAL CREDIT UNION (account) | A | Interest | J | T | | | | | |
| 98. FIDELITY INDIVIDUAL ACCOUNT | | | | | | | | | |
| 99. - Fidelity Cash | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 07/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 2, 50, 90 and 98 are Headers.  Where a stock or mutual fund reflects dividends or distributions, the amount is reflected for all shares held on each line even though the shares were bought through multiple purchases over time..

Lines 98 and 99: [redacted] Individual Account at Fidelity Investments was opened by him but is now inactive and **the deminimus cash balance is below the reportable amount.  I have authorized access ot the account. [redacted].

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nancy A. Vecchiarelli**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544